UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
In re:                                          Chapter 7

MARIE EGNASKO,                                  Case No. 12-14152 (REG)

                        Debtor.
--------- --- --------------------------- X

## MEDIATION STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by the debtor Marie Egnasko and Eastern Savings Bank, fsb, through their undersigned counsel, that:

1. The parties' dispute shall be and hereby is directed to mediation in accordance with the Procedures Governing Mediation of Matters and the Use of Early Evaluation and Meditation!Voluntary Arbitration in Bankruptcy Cases and Adversary Proceedings, and General Order M-390 (the "Rules").

2. In accordance with Rule 2.2, the parties shall confer and select a mediator within seven (7) days of the entry of this Order. If the Parties cannot agree on the selection of a mediator within seven (7) days, the Court shall select a mediator from the register of mediators maintained by the Court.

3. The mediation shall occur at a time and place fixed by the mediator in accordance with Rules 3.0-3.6.

Dated: June 5, 2013

By: Schuyler G. Carroll
    Shan A. Haider
    Perkins Coie LLP
    30 Rockefeller Plaza, 22nd Floor
    New York, New York 10112
    Tel: 212.262.6900
    Fax: (212) 977-1649
    Email:
        SCarroll@perkinscoie.com
        SHaider@perkinscoie.com

*Counsel for Marie Egnasko*

By: Jason S. Leibowitz,
    KRISS & FEUERSTEIN LLP
    360 Lexington Avenue
    New York, New York 10117
    Tel: 212.661.2900
    Fax: 646.454.4168
    Email: jliebowitz@kandfllp.com

*Counsel for Eastern Saving Bank, fsb*

SO ORDERED:

June **11,** 2013

*s/ Robert E. Gerber*
Hon. Robert E Gerber, U.S.B.J.