

Schuyler G. Carroll
PHONE: (212) 262-6905
FAX:     (212) 977-1635
EMAIL: SCarroll@perkinscoie.com

30 Rockefeller Plaza, 22nd Floor
New York, NY 10112-0085
PHONE: 212.262.6900
FAX: 212.977.1649
www.perkinscoie.com

June 17, 2013

**VIA ECF AND U.S. MAIL**

The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re:     Marie Egnasko, Case No. 12-14142

Dear Judge Gerber:

The debtor in the above referenced case, Ms. Egnasko, and Eastern Savings Bank, fsb (collectively, the "**Parties**"), hereby respectfully request that the Court appoint a bankruptcy judge to serve as a mediator.

Subsequent to the Court entering an order referring the Parties' dispute to Mediation, the Parties engaged in communications regarding selecting a mediator. As the Court may recall, Ms. Egnasko's undersigned counsel has agreed to represent her on a *pro bono* basis, and Ms. Egnasko financial situation[1] prevents her from paying the fees and costs of a private mediator from the register of mediators maintained by the Court. Similarly, Eastern Savings Bank, fsb believes it appropriate to appoint a bankruptcy judge as a mediator in an effort to preserve fees and costs.

---

[1] Ms. Egnasko's financial situation was briefed in Debtor's Objection Docket No. 36.

LEGAL26984954.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · NEW YORK
PALO ALTO · PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · TAIPEI · WASHINGTON, D.C.

Perkins Coie LLP

The Honorable Robert E. Gerber
June 17, 2013
Page 2


Therefore, the Parties respectfully request that your Honor appoint a bankruptcy judge to serve as mediator in this matter.


Dated: June 17, 2013
   New York, New York

Respectfully submitted,

*/s/ Schuyler G. Carroll*
Schuyler G. Carroll
Shan Haider
Perkins Coie LLP
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112
Tel. 212.262.6900
Fax 212.977.1649
scarroll@perkinscoie.com
shaider@perkinscoie.com

*Counsel for Debtor Marie Egnasko*

*/s/ Jason S. Leibowitz*
Jason S. Leibowitz

360 Lexington Avenue
New York, New York 10117
Tel 212.661.2900
Fax 646.454.4168
jliebowitz@kanddfllp.com


*Counsel to Eastern Savings Bank, fsb*

LEGAL26984954.1